| | |
|---|---|
| 1  MICHELLE A. CHILDERS (SBN 197064)<br>   michelle.childers@dbr.com<br>2  MATTHEW J. ADLER (SBN 273147)<br>   matthew.adler@dbr.com<br>3  DRINKER BIDDLE & REATH LLP<br>   50 Fremont Street, 20th Floor<br>4  San Francisco, CA  94105-2235<br>   Telephone:   (415) 591-7500<br>5  Facsimile:    (415) 591-7510 | JS-6<br><br>FILED<br>CLERK, U.S. DISTRICT COURT<br>SEPT 29, 2015<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: BH  DEPUTY |

6  Attorneys for Defendants
7  JOHNSON & JOHNSON; JANSSEN RESEARCH
   & DEVELOPMENT, LLC (sued herein as Johnson
   & Johnson Pharmaceutical Research &
8  Development, L.L.C.); and JANSSEN
   PHARMACEUTICALS, INC. (sued herein as
9  Ortho-McNeil-Janssen Pharmaceuticals, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE TRASK, an individual; and<br>SCOTTY BERGSTEIN, an individual,<br><br>  Plaintiffs,<br><br>v.<br><br>JOHNSON & JOHNSON; ORTHO-<br>McNEIL-JANSSEN<br>PHARMACEUTICALS, INC.;<br>JOHNSON & JOHNSON<br>PHARMACEUTICAL RESEARCH<br>AND DEVELOPMENT, L.L.C.; and<br>DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 2:09-cv-04897-GHK-FFM<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br>[F.R.C.P. 41(a)(1)] |

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER OF DISMISSAL
82208641.1

CASE NO. 2:09-CV-04897-GHK-FFM

1  Pursuant to the Stipulation of Dismissal filed by the parties, IT IS HEREBY
2  ORDERED THAT this action is DISMISSED WITH PREJUDICE.
3  **IT IS SO ORDERED.**

Dated:   9/29/15

_____
Hon. George H. King
UNITED STATES DISTRICT JUDGE

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER OF DISMISSAL
82208641.1

- 2 -

CASE NO. 2:09-CV-04897-GHK-FFM